171 A.3d 197

IN THE MATTER OF TODD DAVIS VAN SICLEN, AN ATTORNEY AT LAW (ATTORNEY NO. 025912000)

D–140 Sept.Term 2016
079364

October 4, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–274, concluding that as a matter of reciprocal discipline pursuant to Rule 1:20–14, **TODD DAVIS VAN SICLEN** of **CRANFORD**, who was admitted to the bar of this State in 2000, should be suspended from the practice of law for a period of two years based on discipline imposed in the State of New York for unethical conduct that in New Jersey constitutes violations of RPC 1.7(a)(2)(prohibiting a lawyer from representing a client if there is a significant risk that the representation will be materially limited by the lawyer's responsibilities to another client, a former client, or a third person or by a personal interest of the lawyer), and RPC 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **TODD DAVIS VAN SICLEN** is suspended from the practice of law for a period of two years, effective November 3, 2017, and until the further Order of the Court; and it is further

ORDERED that respondent comply with Rule 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to Rule 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of Rule 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of RPC 8.1(b) and RPC 8.4(d); and (3) provide a basis for an action for contempt pursuant to Rule 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20–17.